TRINA A. HIGGINS, United States Attorney (No. 7349)
MARK Y. HIRATA, Assistant United States Attorney (No. 5087)
Attorneys for the United States of America
111 South Main Street, #1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: mark.hirata@usdoj.gov

FILED US District Court-UT
MAR 29 '23 PM03:56

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. KENDRICK ARISTOTLE EASTES, Defendant. | INDICTMENT <br><br> VIOLATIONS <br><br> Count 1: 18 U.S.C. § 2422(b), Attempted Coercion and Enticement of a Minor <br><br> Count 2: 18 U.S.C. §§ 2252A(a)(2)(A), (B), and (b)(1), Distribution of Child Pornography |
|---|---|

Case: 2:23-cr-00114
Assigned To : Parrish, Jill N.
Assign. Date : 3/28/2023

The Grand Jury charges:

### Count 1
### 18 U.S.C. § 2422(b)
### (Attempted Coercion and Enticement of a Minor)

On or about February 16, 2023, in the District of Utah,

**KENDRICK ARISTOTLE EASTES,**

defendant herein, using a facility or means of interstate or foreign commerce, knowingly

persuaded, induced, enticed, and coerced any individual who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, and attempted to do so; all in violation of 18 U.S.C. § 2242(b).

## Count 2
## 18 U.S.C. §§ 2252A(a)(2)(A), (B), and (b)(1)
### (Distribution of Child Pornography)

On or about February 16, 2023, in the District of Utah,

**KENDRICK ARISTOTLE EASTES,**

defendant herein, knowingly distributed any child pornography, and any material that contained child pornography, as defined in 18 U.S.C. § 2256(8), that had been shipped and transported in and affecting interstate or foreign commerce by any means, including by computer, and attempted to do so; all in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (B), and punishable by 18 U.S.C. § 2252A(b)(1).

### NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 2428(a)(1), upon conviction of any offense violating 18 U.S.C. § 2422, the defendant shall forfeit to the United States of America such person's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such offense. The property to be forfeited includes, but is not limited to, the following:

- Google Pixel cellphone, S/N and IMEI number unknown.
- Micro SD card in USB adapter attached to USB cable.

Pursuant to 18 U.S.C. § 2253, upon conviction of any offense violating 18 U.S.C.

2

§§ 2251 or 2252A, the defendant shall forfeit to the United States, (i) any visual depiction described in 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter; and (ii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

- Google Pixel cellphone, S/N and IMEI number unknown.
- Micro SD card in USB adapter attached to USB cable.

A TRUE BILL:

/s/
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

MARK Y. HIRATA
Assistant United States Attorney

3